UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

                        Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    (  )(  )

Defendant _Jeremy Ortiz-Molina_ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _✔_ teleconferencing:

_✔_ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer


_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Jeremy Ortiz-Molina_
Print Defendant's Name

_____
Defendant's Counsel's Signature

_Jocelyn Strauber_
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_March 1, 2021_
Date

_____
U.S. District Judge/U.S. Magistrate Judge