

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2021

**MEMORANDUM ENDORSEMENT**

**BY ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

   **Re: United States v. Jeremy Ortiz-Molina, 21 Cr. 173 (LJL)**

Dear Judge Gorenstein:

  The Government respectfully submits this letter to advise the Court that, in an effort to resolve the pending bail violation specification against defendant Jeremy Ortiz-Molina without an evidentiary hearing, the parties propose that Ortiz-Molina's bail be modified as follows:

- Effective June 1, 2021, the home detention condition will be modified to be 24-hour home incarceration; and

- Effective June 8, 2021, the condition prohibiting contact with any codefendant other than the defendant's son Derek Ortiz Socias outside the presence of counsel will be modified to also prohibit contact with Ortiz Socias outside the presence of counsel.

  The defense has represented to the Government that, while it will consent to the modifications, the effective dates above are necessary for the defendant to transition the operation of his small business to Ortiz Socias.

**The Court approves the above modifications to the conditions of release of Jeremy Ortiz-Molina.**

**So Ordered.**

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**May 19, 2021**

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

by: /s/ Jun Xiang
  Jun Xiang
  Assistant United States Attorney
  (212) 637-2289

**CC (By ECF)**
All Counsel of Record