### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-2995
DIRECT FAX
917-777-2995
EMAIL ADDRESS
JOCELYN.STRAUBER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

September 27, 2021

> **REQUEST GRANTED** as to all defendants. The time for defendants to submit pretrial motions is extended to November 8, 2021. Government's opposition briefs due by November 22, 2021. Defendants replies due by November 29, 2021. Motion Hearing rescheduled to December 2, 2021 at 10:00AM. The Court, with consent of all parties, excludes time from September 28, 2021 until December 2, 2021 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendants in a speedy trial, in that the time between now and December 2 can be used by the defendants to consider and prepare motions, and for parties to discuss a potential pretrial disposition.
>
> 9/28/2021
>
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

Hon. Lewis J. Liman
U.S. District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

RE:   <u>United States v. Ortiz-Molina et al.</u>, 21-cr-173 (LJL)

Dear Judge Liman:

      I represent Jerremy Ortiz-Molina in the above-captioned matter. Pretrial motions are due on September 27, 2021, following a two-week extension of the date initially set by your Honor, at the request of the defense.

      As set forth in the government's letter of September 24, the government on that date provided to defense counsel the review files that identify the portions of the data obtained from the search of Mr. Ortiz-Molina and Mr. Carrasquillo's phones that the government deems responsive to the search warrant; previously the government produced data it deemed both responsive and non-responsive, without differentiation. Because such information may bear on potential motions, and because Jacqueline Cistaro, counsel to Pedro Rosario Carrasquillo, is currently preparing for an October 6, 2021 trial before the Honorable Paul G. Gardephe in *United States v. Gonzalez*, 18-cr-601 (S.D.N.Y.), and will not be able to review these files until trial concludes, I respectfully request an extension of approximately six weeks, to November 8, 2021 for the defense to file any motions. I further request that the deadlines for the government's response and any reply, as well as any hearing, be adjusted accordingly, as follows: November 22, 2021 for the government's response, November 29, 2021 for any reply, and a hearing, if

Hon. Lewis J. Liman
September 27, 2021
Page 2

necessary, to be subsequently scheduled at a date and time convenient for the Court. Clay Kaminsky, counsel for Derek Ortiz Socias, and Jacqueline Cistaro, counsel for Pedro Rosario Carrasquillo, join in this request. The government does not object to this request.

As noted above, this is the second request for an extension of time. The next conference (and hearing) date is currently scheduled for October 21, 2021 at 12 p.m. The government requests, and defense counsel consents to, the exclusion of time through the next hearing date, to be set by the Court, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

*/s/ Jocelyn E. Strauber*

Jocelyn E. Strauber

cc:   Assistant U.S. Attorney Jun Xiang (via ECF)