# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-2995
DIRECT FAX
917-777-2995
EMAIL ADDRESS
JOCELYN.STRAUBER@SKADDEN.COM

November 7, 2021

> **REQUEST GRANTED AS TO ALL DEFENDANTS.**
> The time for defendants to submit pretrial motions is extended to November 15, 2021. Government's responses due by November 29, 2021. Defendants replies due by December 6, 2021. Motion hearing rescheduled to December 10, 2021 at 10:00am. The Court, with consent of all parties, excludes time from November 8, 2021 until December 10, 2021 pursuant to the Speedy Trial Act, 18 USC 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendants in a speedy trial, in that the time between now and December 10 can be used by the defendants to prepare and make motions, and for parties to discuss a potential pretrial disposition.
>
> 11/8/2021  SO ORDERED.
> *Lewis J. Liman*
> United States District Judge

Hon. Lewis J. Liman
U.S. District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

RE:   <u>United States v. Ortiz-Molina et al.</u>, 21-cr-173 (LJL)

Dear Judge Liman:

We represent Jerremy Ortiz-Molina in the above-captioned matter. Pretrial motions are due on November 8, 2021, following two extensions of the date initially set by your Honor, at the request of the defense.

We request an additional extension of time because we have begun plea discussions with the government, and require additional time to continue those discussions. Thus, we respectfully request an extension of one week, to November 15, 2021, for the defense to file any motions. We further request that the deadlines for the government's response and any reply, as well as any hearing, be adjusted accordingly, as follows: November 29, 2021 for the government's response; December 6, 2021 for any reply; and a hearing, if necessary, to be subsequently scheduled at a date and time convenient for the Court.

Jacqueline Cistaro, counsel for Pedro Rosario Carrasquillo, is similarly situated and joins in this request for the same reason. Clay Kaminsky, counsel to Mr. Derek Ortiz Socias, consents to this request. The government does not object to this request.

Hon. Lewis J. Liman
November 7, 2021
Page 2

      As noted above, this is the third request for an extension of time. The next conference (and hearing) date is currently scheduled for December 2, 2021, at 10 a.m. Defense counsel consents to the exclusion of time through the next hearing date, to be set by the Court, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      Respectfully submitted,

      */s/ Jocelyn E. Strauber*

      Jocelyn E. Strauber

cc:    Assistant U.S. Attorney Jun Xiang (via ECF)