

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 14, 2021

**REQUEST GRANTED as to Jeremy Ortiz-Molina and Pedro Rosario Carrasquillo.**
**The Motion Hearing scheduled for December 16, 2021 is cancelled. Instead, a Status Conference is scheduled for January 13, 2022 at 3:00PM. The Court, with consent of all parties, excludes time from December 15, 2021 until January 13, 2022 pursuant to the Speedy Trial Act, 18 USC 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendants in a speedy trial, in that the time between now and January 13 can be used by parties to finalize pretrial dispostions.** 12/15/2021

SO ORDERED.

*/s/ Lewis J. Liman*
LEWIS J. LIMAN
United States District Judge

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Ortiz-Molina et al.</u>, 21 Cr. 173 (LJL)

Dear Judge Liman:

At the request of Chambers, the Government respectfully submits this letter on behalf of the parties to request an approximately 30-day adjournment of the conference scheduled for December 16, 2021. The conference was originally scheduled as a potential hearing date for defense motions. No motions have been filed. Based on discussions with defense counsel, the Government understands that the remaining defendants—Jeremy Ortiz-Molina and Pedro Rosario Carrasquillo—intend to enter pretrial dispositions with the Government.[1] The parties anticipate advising the Court in the near term about scheduling plea hearings.

The Government respectfully requests the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h), because the purpose of the adjournment is to permit the parties to finalize pretrial dispositions. The defense consents.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:   /s/ Jun Xiang
Jun Xiang
Assistant United States Attorney
(212) 637-2289

**CC (By ECF)** All Counsel of Record

---

[1] Counsel for Ortiz-Molina has already advised the Government that he intends to plead guilty pursuant to a plea agreement.