UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  :
UNITED STATES OF AMERICA,  :
  :
    -v-  :        21-CR-173-1 (LJL)
  :
JEREMY ORTIZ-MOLINA,  :        RESCHEDULING
  :                ORDER
                Defendant.  :
  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Change of Plea hearing previously set for January 20, 2022 is rescheduled to March 3, 2022 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, with consent of all parties, excludes time from January 18, 2022 until March 3, 2022 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial.

      SO ORDERED.

Dated: January 18, 2022
       New York, New York
                                                LEWIS J. LIMAN
                                        United States District Judge