# Skadden, Arps, Slate, Meagher & Flom LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-3483
DIRECT FAX
917-777-3483
EMAIL ADDRESS
CHRISTOPHER.GUNTHER@SKADDEN.COM

May 5, 2022

> REQUEST GRANTED.
> The time for defendant to file objections to the draft Pre-Sentence Report is extended to May 16, 2022.
>
> 5/6/2022  SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

**VIA CM/ECF**

Hon. Lewis J. Liman
U.S. District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

RE:   *United States v. Jerremy Ortiz-Molina*, 21-cr-173 (LJL)

Dear Judge Liman:

    I represent Jerremy Ortiz-Molina in the above-captioned matter, in which sentencing is currently scheduled for June 14, 2022.

    I write to respectfully seek an extension of just over one week's time to file objections to the draft Pre-Sentence Report ("PSR") — currently due on May 6, 2022 — to May 16, 2021. We received the draft PSR from U.S. Probation Officer Pamela Flemen on April 22, 2022. We have determined that we need additional time with our client to review the draft PSR, and we therefore request this additional time to file our objections. This is Mr. Ortiz-Molina's first request for an extension of time to file objections.

    The Government takes no position on this request, and U.S. Probation Officer Flemen does not object to this request.

    Counsel is mindful that Mr. Ortiz-Molina's sentencing submission is due May 31, 2022, and the Government's submission is due June 7. Should counsel require

Hon. Lewis J. Liman
May 5, 2022
Page 2

an extension of time for Mr. Ortiz-Molina's sentencing submission (in light of the extension requested herein), counsel will promptly contact the Court.

                              Respectfully submitted,

                              /s/ *Christopher J. Gunther*

                              Christopher J. Gunther

cc:      Assistant U.S. Attorney Jun Xiang (via ECF)
          Officer Pamela Flemen, U.S. Probation Department (via email)