# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3483
DIRECT FAX
917-777-3483
EMAIL ADDRESS
CHRISTOPHER.GUNTHER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

May 25, 2022

> REQUEST GRANTED.
> The deadline for defendant to file its sentencing submission is extended to June 30, 2022. The deadline for the Government to file its sentencing submission is extended to July 7, 2022. The Sentencing hearing previously set for June 14, 2022 is rescheduled to July 14, 2022 at 2:00PM in Courtroom 15C.
>
> 5/26/2022   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

**VIA CM/ECF**

Hon. Lewis J. Liman
U.S. District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

RE:   *United States v. Jerremy Ortiz-Molina*, 21-cr-173 (LJL)

Dear Judge Liman:

  We write on behalf of our client, Jerremy Ortiz-Molina, to respectfully request an extension of time to file our sentencing submission, currently due on May 31, 2022, to June 30, 2022, and relatedly, an extension of time for the government to file its response from June 7, 2022 to July 7, 2022, and an adjournment of sentencing, currently scheduled for June 14, 2022 at 2:00 p.m., to July 14 or 15, 2022. If the Court is not available on July 14 or 15, 2022, we understand that the government will be on trial and will be available again for sentencing beginning the week of August 8, 2022. We are requesting this adjournment because we need additional time to confer with our client regarding our sentencing submission.

  This is our first request for an extension of time to file Mr. Ortiz-Molina's sentencing submission and to adjourn his sentencing accordingly. The government does not object to this request.

Hon. Lewis J. Liman
May 25, 2022
Page 2

                                              Respectfully submitted,

                                              /s/ *Christopher J. Gunther*

                                              Christopher J. Gunther

cc:      Assistant U.S. Attorney Jun Xiang (via ECF)